| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Moody, James M | 2. Court or Organization USDC, Eastern District of AR | 3. Date of Report 08/10/2006 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 600 West Capitol, Suite 381 Little Rock, AR 72201-3325 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▮ Trust, Part VII , Line 38 |
| 2. Trustee | ▮Trust2, Part VII, Line 64 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Tutoring |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |


## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. One Bank | A | Interest | J | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. Regions Bank | A | Interest | J | T | | | | | |
| 4. Telco Fed. Credit Union (formerly Ark Cen Fed Cred Union) | B | Dividend | K | T | | | | | See Note 1, Part VIII |
| 5. A Very Special Tea Room | | None | | | | | | | See Note 2, Part VIII |
| 6. Regions Bank/Morgan Keegan (IRA) | A | Interest | J | T | | | | | |
| 7. -Janus Global Tech Fnd | | | | | | | | | |
| 8. Vanguard Growth Index Fund (IRA) | A | Interest | L | T | | | | | See Note 3, Part VIII |
| 9. BH&M Oil Comm. Stock | A | Dividend | J | T | | | | | |
| 10. Putnam Amer. Growth & Income Fnd | A | Dividend | J | T | | | | | |
| 11. Amer. Funds AMCAP Fnd | B | Dividend | L | T | | | | | |
| 12. Fidelity Eq. Aggr. Growth Fnd | A | Dividend | J | T | | | | | |
| 13. MSDW Competitive Edge Fnd | A | Dividend | L | T | | | | | |
| 14. ACCT 1-1 (Morgan Stanley) | | | | | | | | | |
| 15. Morgan Stanley Com. Stock | A | Dividend | K | T | | | | | |
| 16. Wal-Mart Stores Com. Stock | A | Dividend | K | T | | | | | |
| 17. MS Spectrum Technical | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MS Spectrum Currency | | None | J | T | | | | | |
| 19. US Gov MM Trst Fnds | A | Interest | J | T | | | | | |
| 20. ACCT 1-2 (IRA) (Morgan Stanley) | C | Dividend | L | T | | | | | |
| 21. - IShares Russell 2000 Value Fund | | | | | | | | | |
| 22. - IShares Russell 2000 Growth | | | | | | | | | |
| 23. - IShares Russell 1000 Gr Index | | | | | | | | | |
| 24. - IShares Russell 1000 Value Index | | | | | | | | | |
| 25. - IShares Russell Midcap Index Fd | | | | | | | | | |
| 26. - IShares S&P Midcap 400 Value | | | | | | | | | |
| 27. - IShares S&P Midcap 400 Growth | | | | | | | | | |
| 28. - IShares S&P 500 Barra Val Index | | | | | | | | | |
| 29. - Liquid Asset MM Fund | | | | | | | | | |
| 30. ACCT 1-3 (Sterne Agee) | | | | | | | | | |
| 31. NLR AR School Dist. #1 | B | Interest | L | T | | | | | |
| 32. LR AR School Dist. Ser. B | C | Interest | L | T | | | | | |
| 33. Pul Cnty AR Chldrn's Hosp. | A | Interest | K | T | | | | | |
| 34. Heber Springs School District | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fed Home Loan Mtge Corp Med Term Note | C | Interest | L | T | | | | | |
| 36. General Motors Corp Note | C | Interest | K | T | | | | | |
| 37. Muni Cash Trust Fnds | A | Dividend | J | T | | | | | |
| 38. ACCT 1-4 (███) Trust) (formerly Acct A) (Sterne Agee) | E | Interest | O | T | | | | | |
| 39. - AR Dev Fin Auth SFMR | | | | | | | | | |
| 40. - Greene Cnty AR Housing | | | | | | | | | |
| 41. - LR AR Baptist Medical | | | | | Redemption | 11/1 | K | B | |
| 42. - Pul Cnty AR Chldrn's Hosp | | | | | | | | | |
| 43. - Union Cnty AR Housing | | | | | Partial Rdmp | 10/3 | J | A | |
| 44. - AR Div Fin Auth SFM Ser B | | | | | Partial Rdmp | 7/1 | J | A | |
| 45. | | | | | Partial Rdmp | 1/3 | J | A | |
| 46. - Pul Cnty AR Hlth. Fac. Catholic | | | | | | | | | |
| 47. - UA-Faytvl Var Fac | | | | | | | | | |
| 48. - West Fork AR School Dist | | | | | | | | | |
| 49. - Jonesboro AR Res Housing | | | | | | | | | |
| 50. - Drew Cty AR School Dist 5 | | | | | | | | | |
| 51. - Rogers AR School Dist | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Brookland AR School Dist | | | | | | | | | |
| 53. - Springdale AR School Dist | | | | | | | | | |
| 54. - Booneville AR School Dist | | | | | | | | | |
| 55. - Heber Springs AR School District | | | | | | | | | |
| 56. - Springdale AR School Dist 050 | | | | | | | | | |
| 57. - LR AR Baptist Med Center | | | | | | | | | |
| 58. - Conway AR Pub Fac Bd Cap Impts Rev Ref Hendrix | | | | | Buy | 3/31 | K | | |
| 59. - Paragrould AR Water & Sewer Rev B/E | | | | | Buy | 10/24 | L | | |
| 60. ACCT 1-5 (IRA) (formerly Acct A) (Morgan Stanley) | A | Interest | J | T | | | | | |
| 61. - MS Liquid Asset MM Fnds | | | | | | | | | |
| 62. -Activision, Inc. | | | | | Partial Sell | 3/22 | J | A | |
| 63. | | | | | Partial Sell | 10/24 | J | A | |
| 64. ACCT 1-6 (██████Trust2) (frmrly 1Acct-LLC) | | | | | | | | | |
| 65. -- Red River Farm, Van Buren Cnty, AR | | None | L | W | | | | | |
| 66. - ACCT 1-6.a (██████Trust2) (frmrly 1Acct8) (EDI Fin Inc) | E | Dividend | O | T | | | | | |
| 67. -- First Southwest Prime MM Fnds | | Interest | | | | | | | |
| 68. - ABN AMRO Holding NV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Aetna | | | | | Sell | 10/26 | J | A | |
| 70. - AT&T (formerly Southwestern Bell, Inc.) | | | | | Merger | 11/21 | | | |
| 71. - AKZO Nobrl NV | | | | | | | | | |
| 72. - Albertsons, Inc. | | | | | | | | | |
| 73. - Alcoa, Inc. | | | | | | | | | |
| 74. | | | | | Buy | 1/13 | J | | |
| 75. - Altria Group, Inc. | | | | | Sell | 1/19 | J | A | |
| 76. - AMBAC, Inc. | | | | | Sell | 11/2 | J | A | |
| 77. - Am. Int. Group, Inc. | | | | | Sell | 9/30 | J | A | |
| 78. - BP Amoco | | | | | | | | | |
| 79. - BT Group | | | | | | | | | |
| 80. - Banco Bilbaovizcaya | | | | | | | | | |
| 81. - Banco Santander Cen | | | | | | | | | |
| 82. - Baxter Int. Inc. | | | | | | | | | |
| 83. - Bayerische | | | | | | | | | |
| 84. - Bell South Corp. | | | | | Sell | 2/15 | J | A | |
| 85. - Bertshire Hathaway, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Office max | | | | | Sell | 3/1 | J | A | |
| 87. - Brasil Telecom | | | | | | | | | |
| 88. - Bristol Myers Squibb Co. | | | | | | | | | |
| 89. - CIT Group, Inc. | | | | | | | | | |
| 90. - Centrals Elec Brasileiras | | | | | Sell | 6/15 | J | A | |
| 91. - Chubb Corp. | | | | | | | | | |
| 92. - Citigroup, Inc.-Sec. | | | | | Sell | 6/10 | K | A | |
| 93. - Clear Channel Communications | | | | | | | | | |
| 94. - Coca-Cola Co. | | | | | | | | | |
| 95. - Comcast Corp. | | | | | Sell | 10/26 | J | A | |
| 96. - Conoco Phillips | | | | | Sell | 11/10 | J | A | |
| 97. - Costco | | | | | | | | | |
| 98. - Deutsche Telekom | | | | | | | | | |
| 99. - Walt Disney Co. | | | | | | | | | |
| 100. | | | | | Buy | 6/24 | J | | |
| 101. - Dover Corp. | | | | | Sell | 10/26 | J | E | |
| 102. - Dow Chemical Co. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - DuPont E I DeNemours & Co. | | | | | | | | | |
| 104. - El Paso Corp. | | | | | Sell | 2/16 | J | A | |
| 105. - Electronic Data Systems Corp. | | | | | Sell | 2/15 | J | A | |
| 106. - Federated Dept. Stores | | | | | | | | | |
| 107. - First Data Corp. | | | | | Sell | 7/8 | J | A | |
| 108. - Fiserv, Inc. | | | | | | | | | |
| 109. - General Motors Corp. | | | | | | | | | |
| 110. | | | | | Buy | 3/16 | J | | |
| 111. - GlaxoSmithKline | | | | | | | | | |
| 112. - Halliburton Co. | | | | | Sell | 3/1 | K | A | |
| 113. - Hewlett Pakcard Co. | | | | | | | | | |
| 114. | | | | | Buy | 1/11 | J | | |
| 115. | | | | | Sell | 8/31 | K | A | |
| 116. - Hitachi Limited | | | | | | | | | |
| 117. - IAC Interactive Corp. | | | | | Sell | 4/5 | J | A | |
| 118. - IBM Corp. | | | | | | | | | |
| 119. - ING Groep | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - International Paper Co. | | | | | | | | | |
| 121. | | | | | Buy | 5/4 | J | | |
| 122. - Intuit, Inc. | | | | | Sell | 4/5 | J | A | |
| 123. - J. Sainsbury | | | | | | | | | |
| 124. - J.P. Morgan Chase & Co. | | | | | | | | | |
| 125. Johnson & Johnson, Inc. | | | | | | | | | |
| 126. - Jones Apparel Group, Inc. | | | | | | | | | |
| 127. - Kimberly-Clark Corp. | | | | | | | | | |
| 128. - Koninklijke | | | | | | | | | |
| 129. - Kraft Foods, Inc. | | | | | | | | | |
| 130. - Kroger Co. | | | | | Sell | 6/21 | J | A | |
| 131. - Lafarge S.A. | | | | | | | | | |
| 132. - Lexmark Int. Group | | | | | | | | | |
| 133. - Limited Brands, Inc. | | | | | | | | | |
| 134. - MBNA Corp. | | | | | | | | | |
| 135. - MGIC Investment Corp. | | | | | | | | | |
| 136. - Markel Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Marks & Spencer | | | | | Sell | 5/6 | J | A | |
| 138. - Matsushita Elec. Ind. | | | | | | | | | |
| 139. - McDonalds Corp. | | | | | | | | | |
| 140. - Merck & Co., Inc. | | | | | | | | | |
| 141. - Merrill Lynch & Co. | | | | | Sell | 3/1 | J | A | |
| 142. - Microsoft Corp. | | | | | | | | | |
| 143. - Micron Technology, Inc. | | | | | | | | | |
| 144. | | | | | Buy | 2/4 | J | | |
| 145. - Mitsubishi Tokyo Fin. Group, Inc. | | | | | Sell | 4/19 | J | A | |
| 146. - Mohawk Ind., Inc. | | | | | Sell | 11/2 | J | A | |
| 147. - Neenah Paper, Inc. | | | | | | | | | |
| 148. - Nokia Corp. | | | | | Sell | 7/11 | J | A | |
| 149. - Office Max, Inc. | | | | | Sell | 3/1 | J | A | |
| 150. - PNC Bank | | | | | | | | | |
| 151. - Petroleo Brasileiro SA | | | | | | | | | |
| 152. - Pfizer, Inc. | | | | | | | | | |
| 153. - Portugal Telecom | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Public Service Ent. Group, Inc. | | | | | | | | | |
| 155. - Repsol SA | | | | | | | | | |
| 156. - Roche Holding, Ltd. | | | | | Sell | 5/6 | J | A | |
| 157. - Schering Plough Corp. | | | | | Sell | 1/11 | J | A | |
| 158. - Schlumberger, Ltd. | | | | | Sell | 3/10 | J | E | |
| 159. - Scottish Power | | | | | | | | | |
| 160. - Sumitomo Mitsui | | | | | | | | | |
| 161. - TXU Corp. | | | | | | | | | |
| 162. - Taiwan Semiconductor Mfg. | | | | | | | | | |
| 163. - Telecentro Oeste Celular | | | | | | | | | |
| 164. - Telecom Italia | | | | | | | | | |
| 165. - Telebras | | | | | | | | | |
| 166. - Telefonica de Espana SA | | | | | | | | | |
| 167. | | | | | Buy | 11/8 | J | | |
| 168. - Telefonos de Mexico | | | | | | | | | |
| 169. - Teleleste Celular | | | | | | | | | |
| 170. - Telesp Celular | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Tenet Healthcare Corp. | | | | | Sell | 3/1 | J | A | |
| 172. - Tim Participacoes | | | | | | | | | |
| 173. - Total SA | | | | | Sell | 7/20 | J | A | |
| 174. - UST, Inc. | | | | | | | | | |
| 175. - Unilever NV | | | | | | | | | |
| 176. | | | | | Buy | 7/6 | K | | |
| 177. - Unisys Corp. | | | | | | | | | |
| 178. - Viacom, Inc. | | | | | | | | | |
| 179. - Volkswagen AG | | | | | Sell | 11/23 | J | A | |
| 180. - Walgreen Co. | | | | | | | | | |
| 181. - Washington Mutual, Inc. | | | | | | | | | |
| 182. - Wells Fargo & Co. | | | | | | | | | |
| 183. | | | | | Buy | 2/16 | J | | |
| 184. - Wyeth | | | | | Sell | 12/1 | J | A | |
| 185. - Xerox Corp. | | | | | Sell | 7/20 | J | A | |
| 186. - Daimler Chrysler AG | | | | | Sell | 6/15 | J | A | |
| 187. - Global Santa Fe Corp. | | | | | Sell | 4/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Willis Group Holdings, Ltd. | | | | | | | | | |
| 189. - Flextronics Int., Ltd. | | | | | Sell | 6/15 | J | A | |
| 190. - Calamos Growth CL C | | | | | Buy | 7/14 | L | | |
| 191. | | | | | Buy | 11/29 | J | | |
| 192. - Davis NY Venture CL C | | | | | Buy | 10/19 | L | | |
| 193. ACCT 2-1 (formerly 2Acct1) (MS) | | | | | | | | | |
| 194. - Money Trust MM Fnds | A | Interest | J | T | | | | | |
| 195. - Chevron Texaco | A | Dividend | J | T | | | | | |
| 196. - Intel | A | Dividend | J | T | | | | | |
| 197. - First Horizon National Corp. | A | Dividend | K | T | | | | | |
| 198. - SunTrust Banks | A | Dividend | J | T | | | | | See Note 5, Part VIII |
| 199. - General Electric Co. | A | Dividend | K | T | | | | | |
| 200. - Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 201. - Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 202. - Sotheby's Holding, Inc. | | None | J | T | | | | | |
| 203. ACCT 2-2 (IRA) (formerly 2Acct2) (MS) | D | Dividend | M | T | | | | | |
| 204. - Liquid Asset MM funds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Fedex Corp. | | | | | | | | | |
| 206. - Intel | | | | | | | | | |
| 207. - General Electric | | | | | | | | | |
| 208. - Qualcomm, Inc. | | | | | | | | | |
| 209. - Wal Mart Stores | | | | | | | | | |
| 210. - Yahoo, Inc. | | | | | | | | | |
| 211. - Amer. Healthways | | | | | | | | | |
| 212. - MS Flexible Income Trust B | | | | | | | | | |
| 213. ACCT 2-3 (Trust) (formerly 2Acct3) (MS) | D | Dividend | N | T | | | | | See Note 5, Part VIII |
| 214. - Active Assets MM Trust | | | | | | | | | |
| 215. - Cisco | | | | | | | | | |
| 216. - Dell Computer | | | | | | | | | |
| 217. - General Electric | | | | | | | | | |
| 218. - Microsoft | | | | | | | | | |
| 219. - Carrier I | | | | | | | | | |
| 220. - Morgan Stanley | | | | | | | | | |
| 221. - Dominion Res. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Lyondell Chemical | | | | | | | | | |
| 223. - Brazos Cnty TX Health Facs. | | | | | | | | | |
| 224. - Harris Cnty TX Health Facs. | | | | | | | | | |
| 225. - Harris Cnty TX Gen Ob | | | | | | | | | |
| 226. - Tarrant Cnty TX Health Resources Tacs. | | | | | | | | | |
| 227. - MS Tax Exempt Sec | | | | | | | | | |
| 228. ACCT 2-4 (IRA) (formerly 2Acct4) (MS) | B | Dividend | M | T | | | | | |
| 229. - Liquid Asset Fund | | | | | | | | | |
| 230. - IShares Russell 2000 Value | | | | | | | | | |
| 231. - IShares Russell 2000 Growth | | | | | | | | | |
| 232. - IShares Russell 1000 Growth | | | | | | | | | |
| 233. - IShares Russell 1000 Value | | | | | | | | | |
| 234. - IShares Russell Midcap Value | | | | | | | | | |
| 235. - Ishares S&P Midcap 400 Value | | | | | | | | | |
| 236. - IShares S&P Midcap 400 Growth | | | | | | | | | |
| 237. - IShares S&P 500 Barra Value | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1:  Part VII, Line 4 -- Account incorrectly identified in prior report.  Correct name formerly was Arkansas Central Federal Credit Union, and name changed to Telcoe Federal Credit Union.

Note 2:  Part VII, Line 5 -- No assets; retain public rights only.

Note 3:  Part VII, Line 8 -- This account erroneously omitted from previous report.

Note 4:  Part VII, Line 199 -- Transaction for this holding should have reflected "partial sale" on previous report (CY 2004, Line 385).

Note 5:  Part VII, Line 213 -- Not a trustee for this account.

Note 6:  CY 2004 Report, Part VII, Line 5 -- This cash/money market funds entry has been deleted from CY 2005 report. Each fund is separately listed in corresponding account on CY 2005 report.

Note 7:  CY 2004 Report, Part VII, Line 34 -- There is no record of this holding in the account. It was inherited in 1991 and recall that it was disposed of within 2-3 years, but uncertain of date; erroneously included on report. It has been deleted from CY 2005 report.

Note 8:  CY 2004 Report, Part VII, Line 49 -- There is no record of this holding in the account. It was donated to ███████ several years ago; erroneously included on report. It has been deleted from CY 2005 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 08/10/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date _Aug 10, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544